UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
JOHN CARLO MANIGAULTE,

                    Plaintiff,              MEMORANDUM AND ORDER
                                            08-CV-1853(JS)(WDW)
          – against –

C.W. POST OF LONG ISLAND UNIVERSITY,

                    Defendant.
------------------------------------X
APPEARANCES
For Plaintiff:      John Carlo Manigaulte, Pro Se
                    165 Ardito Avenue
                    Kings Park, NY 11754

For Defendant:      Catherine Murphy, Esq.
                    Office of the General Counsel
                    Long Island University
                    700 Northern Boulevard
                    Brookville, NY 11548


SEYBERT, District Judge:

          Pending before the Court is Magistrate Judge William D.

Wall's Report & Recommendation ("R&R") that the Court dismiss pro

se Plaintiff John Carlo Manigaulte's case with prejudice for

Plaintiff's failure to comply with repeated discovery orders.

(Docket Entry 201.)  Also pending are Plaintiff's objections to the

R&R (Docket Entries 203 & 205), which mainly reiterate arguments he

has already made to Judge Wall and to this Court.  See Thomas v.

Astrue, 674 F. Supp. 2d 507, 511 (S.D.N.Y. 2009) (noting that

objections that rehash old arguments are reviewed only for clear

error).  Nevertheless, in light of the severity of the sanction and

out of an abundance of caution, the Court has reviewed the R&R de

novo and hereby ADOPTS it in its entirety for the reasons

articulated by Judge Wall.

    The Clerk of the Court is respectfully directed to mark
this case CLOSED and to mail Plaintiff a copy of this Order.  The
Clerk is further directed to terminate as moot Docket Entry 193, in
which Plaintiff sought to stay this case pending the U.S. Supreme
Court's review of Plaintiff's petition for certiorari.  The Supreme
Court denied Plaintiff's petition.  Manigaulte v. C.W. Post of Long
Isl. Univ., 132 S. Ct. 517, 181 L. Ed. 2d 364 (2011).  This Order
is without prejudice as to an in forma pauperis application should
Plaintiff seek to appeal this decision.


                              SO ORDERED


                              /s/ JOANNA SEYBERT
                              Joanna Seybert, U.S.D.J.

Dated:    July   27  , 2012
          Central Islip, New York